```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carina Cruz,

                Plaintiff,

-against-

Local 32BJ et al.,

                Defendants.

22-cv-03068 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

No later than Tuesday, September 27, 2022, *pro se* Plaintiff shall file her response to each of Defendants' motions to dismiss filed at ECF Nos. 23 and 28. No later than Tuesday, October 18, 2022, Defendants shall each file any reply.

No later than Wednesday, August 17, 2022, Defendant Local 32BJ shall file its Notice to Pro Se Litigation pursuant to Local Civil Rule 12.1.

Plaintiff is advised that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment by filling out the intake form on the Court's website, see https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212- 659-6190 and leaving a message.

**SO ORDERED.**

Dated: New York, New York
August 12, 2022

_____
STEWART D. AARON
United States Magistrate Judge

2