UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARINA CRUZ,

                Plaintiff,

-against-

LOCAL 32BJ and HARVARD MAINTENANCE, INC.,

                Defendants.

**ORDER**

22 Civ. 3068 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

      Because Plaintiff has filed the Amended Complaint (Dkt. No. 46), Defendants' motions to dismiss the Complaint (Dkt. Nos. 23, 28) are denied as moot. See, e.g., Effie Film, LLC v. Murphy, No. 11 CIV. 783 (TPG), 2012 WL 716556, at *3 (S.D.N.Y. Mar. 6, 2012) ("In light of [plaintiff's] . . . amended complaint, . . . , [defendant's] motion to dismiss the original complaint is denied as moot."). The Clerk of Court is directed to terminate the motions at Docket Numbers 23 and 28.

Dated: New York, New York
       January 25, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge