USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Carina Cruz,

                Plaintiff,

-against-

Local 32BJ et al.,

                Defendants.

22-cv-03068 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    No later than Wednesday, May 17, 2023, Defendants shall respond to Plaintiff's request to amend. (*See* ECF No. 66.)

**SO ORDERED.**

Dated:    New York, New York
            May 15, 2023

_____
STEWART D. AARON
United States Magistrate Judge