UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Carina Cruz,
                         Plaintiff,
       -against-
Local 32BJ et al.,
                         Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/17/2023

22-cv-03068 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff's request to amend (*see* ECF No. 66) is DENIED WITHOUT PREJUDICE. In response to Defendants' motions to dismiss (Local 32BJ Mot. to Dismiss, ECF No. 50; Harvard Maintenance Inc. Mot. to Dismiss, ECF No. 54), Plaintiff may seek leave to file a Second Amended Complaint. If Plaintiff seeks such leave, she shall file a proposed Second Amended Complaint with her opposition papers. Defendants shall address in their replies why any further amendment should not be permitted. In order to provide the parties adequate time to comply with this Order, the briefing schedule is revised, as follows:

1. Plaintiff's deadline to respond to Defendants' motions to dismiss is extended until Thursday, June 15, 2023.

2. Defendants shall file their replies no later than July 27, 2023.

SO ORDERED.

Dated:   New York, New York
         May 17, 2023

_____
STEWART D. AARON
United States Magistrate Judge