UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carina Cruz,

                Plaintiff,

-against-

Local 32BJ, et al.,

                Defendants.

No. 22-cv-03068 (JAV) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       The ECF docket reflects multiple filings by Plaintiff with respect to her Proposed Second Amended Complaint ("PSAC"), namely, ECF Nos. 98, 99, 100, 104 and 105, which all were filed on December 23, 2024. On December 27, 2024, Defendant Harvard Maintenance Inc. ("Harvard") filed a Letter Motion at ECF No. 101 requesting an extension of time to respond to Plaintiff's letter seeking leave to file her PSAC. The parties are directed to appear for a telephone conference on Wednesday, January 8, 2025, at 3:00 p.m., to address Plaintiff's PSAC, as well as Harvard's Letter Motion. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090#.

SO ORDERED.

Dated:    New York, New York
            December 30, 2024

_____
STEWART D. AARON
United States Magistrate Judge