**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Carina Cruz,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　**-against-**<br><br>**SEIU Local 32BJ and Harvard Maintenance, Inc.,**<br><br>　　　　　　　**Defendants.** | **22-cv-03068 (JAV) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which Plaintiff appeared *pro se* and counsel for each Defendant appeared. The telephone conference addressed, in part, the impact of the recent mandate in *Harvard Maintenance Inc., v. National Labor Relations Board*, No. 24-CV-60523 (5th Cir. March 4, 2026) on the instant case. For the reasons stated on the record, and because the relief granted by the Fifth Circuit and the relief sought in the instant case appear to overlap, it is hereby ORDERED, as follows:

1. No later than Monday, May 4, 2026, Defendant Harvard Maintenance shall file to the ECF docket a letter indicating whether it intends to comply with the Fifth Circuit mandate, and if so, what steps it has taken thus far to comply. If Defendant Harvard Maintenance believes the mandate is not binding upon it, then it shall state the reasons why.

2. The April 30, 2026 deadline for both Defendants to answer the Amended Complaint and all additional discovery deadlines are adjourned *sine die*.

3. The Court separately will enter an Order referring this case to mediation.

**SO ORDERED.**

Dated:      New York, New York
             April 29, 2026

_____

STEWART D. AARON
United States Magistrate Judge

2