**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carina Cruz, | |
| Plaintiff, | **22-cv-03068 (JAV) (SDA)** |
| -against- | |
| SEIU Local 32BJ and Harvard Maintenance, Inc., | <u>ORDER</u> |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the letter from the *pro se* Plaintiff, dated May 5, 2026 (ECF No. 156) and the letter from counsel for Harvard Maintenance Inc., dated May 8, 2026 (ECF No. 157). Because Exhibit A to Plaintiff's May 5 letter (which appears at PDF p. 3) constitutes a confidential settlement communication, it must not be part of the public record. *Cf*. *United States v. Glens Falls Newspapers, Inc.*, 160 F.3d 853, 857 (2d Cir. 1998) (finding that there is no presumptive right of access to settlement discussions). Accordingly, the Clerk of Court is respectfully requested to place ECF No. 156 under seal. The Court separately shall file to the ECF docket a version of Plaintiff's May 5 letter with Exhibit A omitted.

Going forward, in any publicly filed documents, Plaintiff shall omit or redact all references to and descriptions of settlement communications. *See Liu v. Nielsen Co. (US) LLC*, No. 22-CV-09084 (JHR), 2023 WL 3750116, at *3 (S.D.N.Y. June 1, 2023). Finally, instead of filing letters that

may serve to undermine a consensual resolution of this case, the parties should devote their attention to the upcoming mediation.

**SO ORDERED.**

Dated:      New York, New York
            May 11, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2