Application GRANTED. This case is stayed until Monday, November 30, 2026. On that date, the parties shall file a joint letter regarding the status of the case.
SO ORDERED.
Dated: October 1, 2026

CITY BAR JUSTICE CENTER

September 30, 2026

**Via ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Cruz v. Local 32BJ et al*, 22 Civ. 03068-JAV-SDA**

Dear Judge Aaron:

City Bar Justice Center represents plaintiff Carina Cruz for settlement purposes. The Parties respectfully submit this joint letter pursuant to Your Honor's order, dated April 29, 2026 (ECF 151) to update the Court regarding the outcome of mediation. In addition, we request a 60-day stay of proceedings.

The Parties participated in a Court-ordered mediation on September 23, 2026. The Parties were unable to reach a settlement, and the mediation concluded. Plaintiff's limited-scope counsel will file a Notice of Completion following the submission of this letter.

Plaintiff requests that the Court stay this matter for 60 days to allow the parties additional time to clarify and address outstanding issues in the related National Labor Relations Board proceedings, including the status of reinstatement, backpay calculations, and Harvard Maintenance's compliance with the applicable remedial order. Plaintiff believes that resolving or clarifying these issues may assist in determining how best to proceed with the remaining claims in this action.

Plaintiff has obtained the consent of Defendant SEIU Local 32BJ and Defendant Harvard Maintenance. Accordingly, Plaintiff respectfully requests that the Court grant the proposed 60-day stay.

We thank the Court for its consideration of this submission.

Respectfully submitted,

*/s/ Fatima Ouedraogo*
Fatima Ouedraogo

City Bar Justice Center, *Federal Pro Se Legal Assistance Project (SDNY)*
42 W. 44th Street
New York, New York 10036
Tel.: (212) 382-6695